# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DONALD DUROUSSEAU,          )
                            )
     PLAINTIFF,             )
                            )
v.                          )   CASE NO.  1:19-CV-03017
                            )
THE GEORGE WASHINGTON       )
     UNIVERSITY,            )
                            )
     DEFENDANT.             )
_____)

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant The George Washington University ("Defendant") removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.  In support of this Notice, Defendant states as follows:

1.     Plaintiff Donald DuRousseau brought a civil action against Defendant in the Superior Court of the District of Columbia titled *Donald DuRousseau v. The George Washington University,* District of Columbia Superior Court Civil Docket No. 2019 CA 4958 B (the "Superior Court Action").

2.     On July 26, 2019, Plaintiff served a copy of the summons and Complaint in the Superior Court Action on counsel for Defendant, who had agreed on behalf of Defendant to accept service.  The Complaint asserted claims under the District of Columbia Family Medical Leave Act, D.C. Code §§ 32-501, *et seq.* ("D.C. FMLA") and the District of Columbia Human Rights Act, D.C. Code §§ 22-1401, *et seq.* ("DCHRA"), as well as claims for Intentional

Infliction of Emotional Distress ("IIED") and Negligent Infliction of Emotional Distress ("NIED").

3. On August 8, 2019, Defendant filed a Consent Motion for Extension of Time to Answer and on August 13, 2019, the Court granted that Motion and extended the time to Answer to September 13, 2019.

4. On September 13, 2019, Defendant timely filed its Answer and Partial Motion to Dismiss.

5. On September 27, 2019, Plaintiff filed an Amended Complaint, to which he added federal claims under the Family and Medical Leave Act, 29 U.S.C. §§ 2601, *et seq.* ("FMLA") and the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.* ("ADA").

6. This Court has jurisdiction over the Superior Court Action because this matter involves a federal question under 28 U.S.C. §1331.  Plaintiff's claims under Counts VII, VIII, IX, and X expressly allege violations of federal laws—specifically, the FMLA and the ADA.

7. The George Washington University is the only Defendant named in this action– and so no other Defendant need consent to its removal.

8. The other non-federal claims asserted by Plaintiff —under the D.C. FMLA, DCHRA, IIED, and NIED – are related to Plaintiff's federal law claims and part of the same case or controversy.  This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.

9. Pursuant to 28 U.S.C. § 1446(a),  Plaintiff's summons and Complaint is attached as **Exhibit A**; Plaintiff's Amended Complaint is attached as **Exhibit B**; and all other process and pleadings served upon Defendant in the Superior Court Action are attached as **Exhibit C**.  To

Defendant's knowledge, no further proceedings have been conducted in the Superior Court Action.

10.    This Notice of Removal is timely, as it is filed within thirty (30) days of the date on which the Defendant was served with the Amended Complaint in the Superior Court Action.

11.    Pursuant to 28 U.S.C. § 1446(d), Defendant shall provide written notice of the filing of this Notice of Removal to Plaintiff and is filing a copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia.

WHEREFORE, Defendant respectfully requests that the District Court enter this Notice of Removal and effect the removal of the Superior Court Action to the United States District Court for the District of Columbia.

October 9, 2019                                 /s/ Ellen Moran Dwyer
                                                Ellen Moran Dwyer (Bar ID # 399595)
                                                Edwyer@crowell.com
                                                CROWELL & MORING LLP
                                                1001 Pennsylvania Avenue, NW
                                                Washington, DC  20004
                                                Telephone:    (202) 624-2500

                                                *Counsel for the George Washington University*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 9, 2019, a copy of the foregoing Notice of Removal was

served via e-mail and first class mail to:

Brendan Klaproth
Klaproth Law PLLC
406 5th Street NW, Suite 350
Washington, DC  20001
bklaproth@klaprothlaw.com


/s/ Ellen Moran Dwyer
Ellen Moran Dwyer (Bar ID # 399595)
Edwyer@crowell.com
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:     (202) 624-2500
Facsimile:     (202) 628-5116

*Counsel for Defendant*
*The George Washington University*